IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHAUN COMER                                                                                    PLAINTIFF

v.                                    Case No. 4:16-cv-907 KGB

FAULKNER COUNTY DETENTION CENTER                              DEFENDANT

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted to the Court by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). Plaintiff Shaun Comer has not filed an objection to the Proposed Findings and Recommendations, and the time to file an objection has passed. After careful consideration, the Court concludes the Proposed Findings and Recommendations should be, and hereby are, adopted as this Court's findings in all respects. Consequently, the Court finds that Mr. Comer's complaint should be dismissed without prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915A(b)(1).

The Court dismisses without prejudice Mr. Comer's complaint (Dkt. No. 2). Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this the 18th day of August, 2017.

_____
Kristine G. Baker
United States District Judge